IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CBX LAW, LLC,<br>    Plaintiff(s),<br><br>v.<br><br>LEXIKON SERVICES, LLC,<br>    Defendant(s) | Case No. 3:19-cv-00867<br>Judge Campbell/Frensley |

## O R D E R

A telephone conference is set for **March 12, 2020, at 9:30 a.m**. The parties shall call **1-877-336-1831** at the appointed time, and when prompted for the access code, enter **7039387#** to participate in the Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344.

    **IT IS SO ORDERED.**

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge